UNITED STATES DISTRICT COURT
Eastern District of Arkansas
Richard Sheppard Arnold United States Courthouse
600 West Capitol, Suite A-149
Little Rock, Arkansas 72201-3325

\* \* MAILING CERTIFICATE OF CLERK \* \*

Re: 4:22CR00171-01 JM

True and correct copies of document #53**, Judgment and Commitment,** and the NEF as proof of filing were mailed by the clerk to the following on 11/16/2023:

Defense Counsel for Relevant Defendant    (with copy of the Sealed Statement of Reasons)

Toney Baker Brasuell
Brasuell Law Firm, PLLC
3700 Old Cantrell Road Suite 102
Little Rock, AR 72202

United States Attorney's Office - Little Rock    (with copy of the Sealed Statement of Reasons)
via mail slot in Clerk's Office

Finance Department - U.S. District Court, Eastern District of Arkansas
via CMECF. with restitution information sent electronically

U.S. Probation Office    (Statement of Reasons e-mailed)
AREDdb_Sentencing Documents/AREP/08/USCOURTS

Non-Registered Users Representing Co-defendants    JUDGMENT ONLY
\*\*\*\*\* None applicable